1  GOLD BENNETT CERA & SIDENER LLP
   Solomon B. Cera (SBN 99467)
2  Thomas C. Bright (SBN 169713)
   595 Market Street, Suite 2300
3  San Francisco, California 94105
   Telephone: (415) 777-2230
4  Facsimile: (415) 777-5189
   scera@gbcslaw.com
5  tbright@gbcslaw.com

6  Attorneys for Lead Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 | GARY REDWEN, Individually And On Behalf Of All Others Similarly Situated, | Case No.: 11-CV-03936 PA (SSx) |
|---|---|
| Plaintiffs, | **DECLARATION OF BRUCE H. COZZI** |
| v. | Hearing Date: July 1, 2013 |
| SINO CLEAN ENERGY, INC., BAOWEN REN, WEN FU, HON WAN CHAN, PENG ZHOU, WENJIE ZHANG, ALBERT CHING-HWA PU, and ZIDONG CAO, | Time: 1:30 p.m. |
| | Courtroom: 15 |
| Defendants. | |

DECLARATION OF BRUCE H. COZZI – Case No. 11-cv-03936-PA (SSx)

I, Bruce H. Cozzi, declare:

1. I am the Fund Controller at Gilardi & Co. LLC ("Gilardi"). Gilardi was retained and appointed to act as the claims administrator in this matter. I submit this declaration at the request of Lead Plaintiff's Counsel in order to provide the Court and the parties to the above-captioned litigation with information regarding the use of minimum check amounts in this and other settlement administrations. I have personal knowledge of the matters set forth in this declaration and I could competently testify as to those matters if called to do so.

2. By way of background, Gilardi is one of the nation's largest administrators of class action notices and settlements. For more than a quarter-century, Gilardi has provided class action notice and settlement administration, with more than 3,000 cases administered and $20 billion in assets distributed. Gilardi's experience includes many of the largest and most complex settlement administrations of both private class litigation and of actions brought by government securities regulators.

3. I am informed that a potential class member objects to the planned use in this case of a minimum check amount when the proposed settlement fund is distributed to settlement class members. In our experience, such minimum check amounts are commonly used in distributions from private securities litigation settlement funds as well as funds resulting from government enforcement actions, such as those brought by the Securities and Exchange Commission. Indeed, over the past three years, we have done at least 30 distributions in which a minimum check amount was established.

4. The use of minimum check amounts is intended to address the potentially disproportionate administrative expense to the fund associated with issuing very small checks to investors. Every check that is issued in a case like this one represents an expense that is borne by the settlement fund, and therefore ultimately by

class members. Besides the cost to print and mail a check, the administrator must also track and account for each payment as it is negotiated, or, as is frequently the case with very small payments, not negotiated. At Gilardi, we routinely follow-up on uncashed checks by mail, email and telephone, all of which create administrative expenses. In our experience, very small checks are often not cashed initially, and in many cases are never cashed. Moreover, because many small checks are not cashed during their initial valid period, they occasionally need to be, and are subsequently reissued, at the request of the recipient, at additional expense.

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of June, 2013, at San Rafael, California.

_____
Bruce H. Cozzi

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I hereby certify that on June 21, 2013, I also served a true and correct copy of the foregoing by placing a true and correct copy enclosed in a sealed envelope for collection and deposited in the U.S. Mail, postage prepaid, on this date following ordinary business practices addressed as follows:

Larry Vincent
c/o Gary W. Sibley
The Sibley Firm
2602 McKinney Avenue, Suite 210
Dallas, TX 75204
(214) 522-5222
(214) 855-7878 (Fax)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2013.

                                        s/Thomas C. Bright
                                        Thomas C. Bright