GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (SBN 99467)
Thomas C. Bright (SBN 169713)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
tbright@gbcslaw.com

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY REDWEN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINO CLEAN ENERGY, INC., et al.,<br><br>Defendants. | Case No.: 11-CV-03936 PA (SSx)<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER**<br><br>Hearing Date: July 28, 2014<br>Time: 1:30 p.m.<br>Courtroom: 15 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 28, 2014, at 1:30 p.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, CA 90012, before the Honorable Percy Anderson, United States District Judge, upon the accompanying Affidavit of Lara McDermott of Claims Administrator Gilardi & Co. LLC in Support of Motion for Class Distribution Order (the "McDermott Affidavit")[1] and Lead Plaintiff's Memorandum in Support of Motion for Class Distribution Order, and pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiff Perritt Micro Cap Opportunities Fund will and does hereby move this Court to enter the accompanying [Proposed] Class Distribution Order, which will, among other things: (i) approve the administrative recommendations of Gilardi & Co. LLC ("Gilardi") in accepting and rejecting the Claims submitted; (ii) direct distribution of the Net Settlement Fund to Authorized Claimants; (iii) direct that Authorized Claimants who fail to cash their prior distribution checks will not be eligible to receive subsequent distributions; (iv) approve Gilardi's fees and expenses incurred and to be incurred in connection with administering the Settlement Fund and the initial distribution of the Net Settlement Fund to Authorized Claimants; (v) release claims related to the claims administration process; (vi) authorize destruction of paper copies of Proofs of Claim one year after all funds in the Net Settlement Fund have been distributed and destruction of electronic copies of claim records three years after all funds in the Net Settlement Fund have been distributed; and (vii) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the McDermott Affidavit or the Stipulation and Agreement of Settlement filed January 27, 2013 (ECF No. 76-1).

The [Proposed] Class Distribution Order is attached hereto as Exhibit 1.

Dated: July 1, 2014

GOLD BENNETT CERA & SIDENER LLP

By: s/Thomas C. Bright
Thomas C. Bright

Attorneys for Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2014.

s/Thomas C. Bright
Thomas C. Bright